UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-20939-CIV-KING

CHRISTINE CESPON

    Plaintiff,

v.

MY OWN TEACHER LEARNING
CENTER, LLC, a Florida Limited
Liability Corporation, and
ARLENE TORRES,

    Defendants.
_____/

## Final ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND TO DISMISS WITH PREJUDICE

THIS CAUSE came before the Court on the Joint Motion to Approve Settlement Agreement and to Dismiss With Prejudice. The Court having reviewed the case file, it is hereby

ORDERED AND ADJUDGED that the Joint Motion is GRANTED. The Court finds that the settlement agreement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions, and accordingly, the terms of the settlement are approved. Furthermore, this case is dismissed with prejudice, with each party to bear its own attorney's fees and costs, except as otherwise agreed between the parties in the Settlement Agreement. The Court shall retain jurisdiction to enforce the terms of the settlement. *The Clerk shall close this case.*

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this __4__ day of __Nov__, 200__9__.

/s/ James Lawrence King
JUDGE JAMES LAWRENCE KING, SR.
UNITED STATES DISTRICT COURT

Copies to: Counsel of Record

# 154155 v1